**Appeal Reinstated and Order filed April 5, 2022**



In The

# Fourteenth Court of Appeals

———————

## NO.  14-20-00243-CR
———————

**EMEKWANEM IBE BIOSAH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 212th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 18-CR-1912**

## ORDER

In accordance with our order of March 10, 2022, a supplemental clerk's record has been filed appointing new counsel for appellant, Winston E. Cochran, Jr. The appeal is reinstated and appellant's brief is due in 30 days.

PER CURIAM

Panel Consists of Justices Wise, Poissant, and Wilson.